ACCEPTED
03-15-00363-CV
7407551
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/16/2015 11:06:41 AM
JEFFREY D. KYLE
CLERK

## No. 03-115-00363-CV

In the Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

10/16/2015 11:06:41 AM

JEFFREY D. KYLE
Clerk

**TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES**,

*Appellant,*

v.

**BRILLIANT STARTS LEARNING ACADEMY, L.L.C.**

*Appellee*

APPEAL FROM CAUSE NO. C2015-0676B
207TH DISTRICT COURT OF COMAL COUNTY, TEXAS
HON. **DIP WALDRUP**, PRESIDING

_____

**APPELLEE's UNOPPOSED MOTION TO
EXTEND TIME TO FILE BRIEF**

Gregory B. Cagle
State Bar No. 00790414
1602B State Street
Houston, Texas 77007
Telephone: 713-489-4789
Facsimile: 713-489-4792
gcagle@tmpalawyer.com
Attorney for Appellee

**TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:**

Now comes BRILLIANT STARTS LEARNING ACADEMY, L.L.C., appellee in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellee's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 207th District Court of Comal County, Texas.

2.      The case below was styled Cause No. 03-15-00363-CV.   The Appellee requests an additional thirty (30) days to file its brief.

3.      Appellant is the Texas Department of Family and Protective Services. Appellee in Brilliant Starts Learning Academy, L.L.C.   Appellee has conferred with counsel for the Appellant, and this request for extension is unopposed.

4,      This extension is necessary because counsel for the Appellee needs additional time to address the issues raised and due to several jury trial settings, has been unable to devote sufficient time to address them properly.

**WHEREFORE, PREMISES CONSIDERED**, Appellee prays that this Court grant this Motion to Extend Time to File Appellee's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,


GREGORY B. CAGLE
ATTORNEY FOR THE APPELLEE

By:_/s/ Gregory B. Cagle_____
       Gregory B. Cagle
       TBA #00790414
       1602B State Street
       Houston, Texas 77007
       Telephone: 713-489-4789
       Facsimile: 713-489-4792


## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellant regarding this motion and that Appellant is unopposed to this motion.



       /s/ *Gregory B. Cagle*
       Gregory B. Cagle


## CERTIFICATE OF SERVICE

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

**TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES**

Pat Tulinski
Assistant Attorney General
Texas Attorney General Office
P.O. Box 12548, Capital Station
Austin, Texas 78711-2548
Telephone:   512-475-4170
Facsimile:    512-320-0167
Pat.tulinski@texasattorneygeneral.gov

__/s/_Gregory B. Cagle___
Gregory B. Cagle